UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 6: 05-268-DCR |
| V. | ) | |
| JOYCE ANN SMITH, UNKNOWN SPOUSE OF JOYCE ANN SMITH and HAZARD-PERRY COUNTY HOUSING DEVELOPMENT ALLIANCE, INC., | ) | ORDER |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised it is hereby

**ORDERED** that this Court's Order of October 4, 2005, is **AMENDED** to reflect the correct Social Security Number for warning order attorney Melissa Leigh Goodman Slone should be 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.

This 25th day of October, 2005.



**Signed By:**

*Danny C. Reeves*  DCR

**United States District Judge**